IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:   Case No.: **18–11082 – TJC**   Chapter: **13**

**LaWonne Eleanora Ager–Wells**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 34 – Summary of Assets and Liabilities Schedules for Individual on behalf of LaWonne Eleanora Ager–Wells, Schedules A–J on behalf of LaWonne Eleanora Ager–Wells, Declaration Under Penalty of Perjury for Non–Individual Debtors, Statement of Financial Affairs for Individual on behalf of LaWonne Eleanora Ager–Wells, Verification of Creditor Matrix on behalf of LaWonne Eleanora Ager–Wells Filed by Raquel Simone White. (White, Raquel)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 3/16/18. New creditors were added to schedule E/F without remitting the fee, filing an amended creditor matrix/Amended Verification of Matrix, and a Certificate of Service.**

CURE: A Certificate of Service on the Notice of Meeting of Creditors and Amended Creditor Matrix/Amended Verification of Matrix must be filed. (Local Bankruptcy Rule 1007–3(a)–(b), 1009–1(a)–(c))

The filing fee of $31 for Amended Matrix/Schedule must be paid.
(28 U.S.C. §1930)

Any filing fee may be paid in cash, by money order or certified check, payable to Clerk, U.S. Bankruptcy Court. Submit the payment by mail with a copy of this notice enclosed or in person at one of the following locations:

> U.S. Bankruptcy Court
> Garmatz Federal Courthouse
> 101 W. Lombard Street, Suite 8530
> Baltimore, MD 21201
>
> U.S. Bankruptcy Court
> U.S. Courthouse
> 6500 Cherrywood Lane, Suite 300
> Greenbelt, MD 20770

For attorneys/trustees: Login to CM/ECF. If you see the fee due on the first screen or under Utilities, Internet Payment, select it and proceed with payment. If the fee is not shown on those screens, click Bankruptcy/Adversary, Miscellaneous, and then the appropriate "Filing Fee" event. Select the document for which the fee was originally due. Accept the displayed fee amount, or enter the amount you are paying. Proceed with payment.

CONSEQUENCE: Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Sample Certificate of Service: http://www.mdb.uscourts.gov/sites/default/files/FORMS–COS.pdf.**
**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 3/2/18

> Mark A. Neal, Clerk of Court
> by Deputy Clerk, Jolon Anderson
> 410–962–7964

cc: Debtor
Attorney for Debtor – Raquel Simone White

defntc (rev. 12/12/2016)